PD-0834-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/3/2015 4:03:20 PM
Accepted 7/7/2015 2:36:03 PM
ABEL ACOSTA
CLERK

No. _____

(Court of Appeals No. 02-14-00313-CR)

_____

IN THE COURT
OF CRIMINAL APPEALS OF TEXAS
AT AUSTIN, TEXAS

_____

FILED IN
COURT OF CRIMINAL APPEALS

July 7, 2015

ABEL ACOSTA, CLERK

ROBERT O'BRYAN,

*Petitioner*,

v.

THE STATE OF TEXAS,

*Respondent*,

_____

**ON PETITION FOR DISCRETIONARY REVIEW**

_____

FROM THE SECOND DISTRICT
COURT OF APPEALS

_____

ARISING IN COUNTY CRIMINAL COURT NUMBER ONE
DENTON COUNTY, TEXAS
(Trial Court No. CR-2013-08057-A)

_____

**APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW**

_____

TO THE HONORABLE PRESIDING JUDGE AND ASSOCIATE
JUDGES OF THE COURT OF CRIMINAL APPEALS OF TEXAS:

1

COMES NOW Robert O'Bryan, Appellant and Petitioner in the above captioned and numbered appeal, and, pursuant to Rules 9, 10 and 68.2(c) of the Texas Rules of Appellate Procedure, files this *First Motion for Extension of Time to File Petition for Discretionary Review*, and in this connection would respectfully show unto the Court as follows:

**I.**

The judgment of the Second Court of Appeals from which review will be sought in the Court of Criminal Appeals was rendered on May 28, 2015. The Appellant's petition for discretionary review was therefore due to be filed in the Court of Criminal Appeals on Monday, June 29, 2015. Tex.R.App.P. 68.2(a). The present motion for an extension of time to file Appellant's petition for discretionary review, as tendered and contemporaneously submitted to the Court, is therefore timely. Tex.R.App.P. 68.2(c).

**II.**

Due to the unexpected and sudden necessity of undersigned Counsel being required to relocate his law office, which occurred during the time otherwise available for the filing of Appellant's petition in this case; along with counsel's other intervening obligations in pending criminal cases; Appellant's Counsel was not able to complete and timely file Appellant's

petition for discretionary review in this case within thirty (30) days, on or before June 29, 2015.

## III.

The Appellant therefore moves the Court of Criminal Appeals to extend the time for filing Appellant's petition for discretionary review in this case, and to permit the filing of same *as tendered* herewith, and attached as an Exhibit to this motion. The Appellant, who was placed on community supervision as the result of his negotiated plea in this case, is not confined, and remains at liberty on bond.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, the Appellant prays this *First Motion for an Extension of Time to File Appellant's Petition for Discretionary Review* will be granted.

Respectfully submitted,

*/s/Richard Gladden*
Richard Gladden
Texas Bar No. 07991330
1200 West University, Suite 100
Denton, Texas 76201
940/ 323-9307 (voice)
940/539-0093 (fax)
richscot1@hotmail.com (email)
*Attorney for Petitioner*

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was served by hand delivery on the Attorneys of Record for the State of Texas, Denton County Criminal District Attorney **Paul Johnson**, at his office located at 1450 East McKinney, Denton, Texas 76201, on this 6th day of July, 2015; by U.S. mail on the State Prosecuting Attorney, **Lisa C. McMinn**, directed to her office mailing address, to wit: P.O. Box 13046, Capitol Station, Austin, Texas 78711, on this 6th day of July, 2015; and on both of the foregoing counsel, on the same date, using the electronic filing system operated by TexFile; all in accordance with Rules 9.5 and 68.11 of the Texas Rules of Appellate Procedure.

*/s/Richard Gladden*
Richard Gladden